**Order entered April 24, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01042-CR

### JOE ANTHONY CORTEZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-63290-W**

## ORDER

The Court **REINSTATES** the appeal.

On March 22, 2013, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On April 22, 2013, we received appellant's brief, together with an extension motion. Therefore, in the interest of expediting the appeal, we **VACATE** the March 22, 2013 order requiring findings.

We **GRANT** the April 22, 2013 extension motion and **ORDER** appellant's brief filed as of the date of this order.

/s/    DAVID EVANS
       JUSTICE